# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3379

_____

Donroy Merrival, Jr.,                              *
                                                   *
              Appellant,                           *
                                                   *    Appeal from the United States
       v.                                          *    District Court for the Southern
                                                   *    District of Iowa.
John Gleason, Deputy; Will Souer,                  *
Deputy; Matt Hendricks, Deputy;                    *    [UNPUBLISHED]
James Waldschmidt, Lt.,                            *
                                                   *
              Appellees.                           *

_____

Submitted:  June 30, 2011
Filed: July 6, 2011

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.


       Donroy Merrival, Jr., appeals the district court's[1] order granting judgment for defendants in his 42 U.S.C. § 1983 action.  We find no basis, and Merrival has provided none, for overturning the district court's well-reasoned decision. See Schaub

_____

[1]The Honorable Ross A. Walters, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred by consent of the parties pursuant to 28 U.S.C. § 636(c).

v. VonWald, 638 F.3d 905, 923 (8th Cir. 2011) (standard of review).[2]  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

_____

[2]We decline to consider the documents not presented below, as well as the allegations or arguments that Merrival raises for the first time on appeal or in his reply brief.